1  IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
   LAW OFFICES OF IRENE RUZIN
2  16311 VENTURA BLVD., SUITE 900
   ENCINO, CA 91436
3  TEL:  (818) 325-2888
   FAX: (818) 325-2890
4  ireneruzin@earthlink.net

5  Attorney for Plaintiff, ALBERTO GARCIA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALBERTO GARCIA, | ) Case No.: CV 08-01677 CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
|  | ) AWARDING EAJA FEES |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
|  | ) CARLA WOEHRLE |
| Defendants. | ) UNITED STATES MAGISTRATE |
|  | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS ($3,400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: __Dec. 31, 2008_____

_____/S/_____
CARLA WOEHRLE
U.S. MAGISTRATE JUDGE

-1-